UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL HARTMAN,

            Plaintiff,

    v.

CLOVIS COMMUNITY HOSPITAL, et al.,

            Defendants.

Case No.  1:25-cv-01944-kes-EPG

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

(ECF No. 2)

      Plaintiff Daniel Hartman proceeds *pro se* in this civil action and has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF Nos. 1, 2). Plaintiff has made the requisite showing under § 1915(a). As such, Plaintiff's application to proceed *in forma pauperis* is GRANTED. (ECF No. 2)

IT IS SO ORDERED.

Dated:  __**March 5, 2026**__         /s/ *Erica P. Grosjean*
                                   UNITED STATES MAGISTRATE JUDGE

1