**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL HARTMAN, | Case No. 1:25-cv-01944-KES-EPG |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITHOUT PREJUDICE, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| v. | |
| CLOVIS COMMUNITY HOSPITAL, et al. | |
| Defendants. | Doc. 5 |

Daniel Hartmann is proceeding pro se in this civil action against Clovis Community Hospital, Pavarello House, and the Office of the State Attorney General.  Doc. 1.  The magistrate judge screened the complaint and found that Plaintiff failed to state a cognizable claim.  Doc. 4. The Court gave thirty days for Plaintiff to file an amended complaint or to notify the Court that he wanted to stand on his complaint. *Id.* at 4.  The Court warned that "[f]ailure to comply with this order may result in the dismissal of this action." *Id.* at 5.  Plaintiff did not file an amended complaint or otherwise respond to the Court's order.

On April 30, 2026, the magistrate judge issued findings and recommendations incorporating the findings of the screening order and recommending dismissal without prejudice for Plaintiff's failure to state a claim, failure to prosecute, and failure to comply with a court order. Doc. 5 at 5.  The Court served the findings and recommendations on Plaintiff and granted

1

30 days to file any objections. *Id.* The Court also informed Plaintiff that a failure to file timely objections may result in the waiver of rights. *Id.* at 6 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014)). Plaintiff did not file objections and the time to do so has passed.

Consistent with 28 U.S.C. § 636(b)(1), this Court reviewed this matter de novo. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis. The Court ORDERS:

1.   The findings and recommendations issued on April 30, 2026 (Doc. 5) are ADOPTED in full.

2.   This action is DISMISSED without prejudice, for failure to state a claim, failure to prosecute, and failure to comply with a court order.

3.   The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   June 25, 2026   _____
                         UNITED STATES DISTRICT JUDGE